

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§          No. 08-17-00203-CV

IN RE:  JIMMY LEE SWEED,
§          AN ORIGINAL PROCEEDING

Relator.          §          IN MANDAMUS

§

**J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Linda Chew, Judge of the 327th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.